[No. 10493–8–II.   Division Two.   February 2, 1988.]

*In the Matter of the Marriage of* VIRGINIA MAE JEANBLANC, *Appellant, and* HOWARD JEANBLANC, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 288705, J. Kelley Arnold, J., entered October

17, 1986. *Reversed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Worswick, J.